# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) CC32,9096102  CourtSmart: MS Teams  Date: July 9, 2021

Present: The Honorable: Kenly Kiya Kato, United States Magistrate Judge

| Terry R. Baker | Gregory A. Lesser | | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

United States of America v. D'Angelo Bell by Telephone
[✓] Present  [ ] Custody  [ ] Bond  [ ] Summons

Attorney Present for Defendant: Andrew Byrd
[✓] Present  [ ] CJA  [ ] Ret'd  [✓] DFPD  [ ] Not Present

## PROCEEDINGS HAD ON VIOLATION NOTICE

[✓] Defendant arraigned. Informed of charges and rights.
[✓] Defendant filed financial affidavit and is informed of consequences if any false information is given.
[✓] Attorney appointed  Andrew Byrd  [✓] DFPD / [ ] PANEL
[ ] Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
[✓] Defendant enters plea of: [✓] Guilty  [ ] Not Guilty  [ ] Nolo Contendere
[✓] Court accepts plea.
[✓] Court orders case continued to: December 10, 2021 at 10:00 AM in Courtroom by MS Teams for a status conference.
[ ] Bail is set at $_____ P/R. [ ] Defendant released.
[✓] Fine imposed. See separate order re: fine.
[ ] On motion of the government, Court orders case dismissed as to citation (s): _____
[ ] Court orders case dismissed.
[ ] Court orders defendant participate in Traffic School, complete same by _____ or appear on _____ in Courtroom _____ before _____
[ ] The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
[✓] Defendant is notified of the right to appeal sentence.
[✓] Other  The Court orders that the defendant be sentenced to 10 days' imprisonment that may be served on five 2-day weekend terms. The Court orders that the defendant serve a one year term of supervised probation to be termed early if the jail time is served before the end of the probation term. See judgment for further details.

cc: AUSA

Terry R. Baker
Deputy Clerk

Time in Court: :30